IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal Case No. 24-cr-00122-LKG |
| DAMONTAY JOHNSON, | ) Dated: July 9, 2024 |
| Defendant. | ) |

## SCHEDULING ORDER

On July 9, 2024, the parties participated in an initial scheduling conference in the above-captioned criminal matter. ECF No. 21. For the reasons stated in the telephonic conference, parties shall **FILE** a joint status report on or before **September 9, 2024**, stating whether the parties are ready to set the case for trial and pre-trial proceedings.

The Government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge